IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| PAUL ABBOTT, et al, | * | |
| Plaintiffs, | * | |
| v. | * | Case No. DKC-09-372 |
| CHERYL R. GORDON, et al, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO WITHDRAW ATTORNEY APPEARANCE

Adam M. Spence and the Law Offices of Spence & Buckler, P.C. ("Movants"), pursuant to LR 101(2)(a), move for leave to withdraw as counsel for Plaintiffs, Paul Abbott and Elaine Barker and state as follows:

1. On or about February 17, 2009, Plaintiffs filed their Complaint in this matter with Movants as their counsel.

2. Plaintiffs thereafter retained the services of Jan Berlage of Gohn, Hankey & Stichel, LLP (collectively, "Substitute Counsel") to act as their counsel in the prosecution of their claims. Accordingly, on August 27, 2009, Mr. Berlage entered his appearance and the appearance of his firm.

3. Since Plaintiffs retained Substitute Counsel, Movants have not been in communication with Plaintiffs nor worked on matters related to this case.

4. Although Movants had informally withdrawn their appearance, Substitute Counsel has recently requested that Movants formally withdraw their appearance in this matter.

WHEREFORE, Movants respectfully request that this Court grant Movants leave to withdraw as counsel for Plaintiffs herein and grant such other and further relief as this court deems proper.

Respectfully Submitted,

\_\_\_/s/ Adam M. Spence_____
Adam M. Spence, Esq.
The Law Offices of Spence & Buckler, P.C.
100 W. Pennsylvania Avenue, Suite 301
Towson, MD 21204
(410) 823-5003
Fax:  (443) 836-9181
*Attorneys for Plaintiffs*
*Paul Abbott and Elaine Barker*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of May, 2010 a copy of the foregoing was served electronically on the following persons or entities via this Court's CM/ECF noticing system:

>Todd Kelting, Esq.
>John Raftery, Esq.
>Eric J. Pelletier, Esq.
>Offit Kurman PA
>4800 Montgomery Lane 9th Fl
>Bethesda, MD 20814
>*Attorneys for Defendants*
>
>Henry Mark Stichel, Esq.
>Jan Ingham Berlage, Esq.
>Gohn Hankey and Stichel LLP
>201 N Charles St Ste 2101
>Baltimore, MD 21202
>*Attorneys for Plaintiffs*

>/s/ Adam M. Spence
>_____
>Adam M. Spence