IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PAUL ABBOTT, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No.: 8:09-cv-00372-DKC |
| CHERYL R. GORDON, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE PURSUANT TO LOCAL RULE 101(2)
IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

I, JAN I. BERLAGE, CERTIFY as follows:

1. As counsel for Plaintiffs Paul Abbott and Elaine Barker, I sent a letter to Plaintiffs.

2. The letter advised Plaintiffs that I, H. Mark Stichel and my law firm, Gohn, Hankey & Stichel, LLP ("Counsel"), would be seeking to withdraw from representing Plaintiffs in the above-captioned matter.

3. On August 12, 2010 I advised Plaintiffs that they must either have new counsel enter an appearance or to advise the Clerk that they will proceed without counsel.

4. Plaintiffs have acknowledged receipt of the correspondence referenced in paragraph 3 of this Certificate.

8/23/10
Date

_____
Jan I. Berlage