IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PAUL ABBOTT, et al.   *

        Plaintiffs   *

v.   *   Case No.: 8:09-cv-00372-DKC

CHERYL R. GORDON, et al.   *

        Defendants   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AMENDED MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule, Civil, 101(2), Jan I. Berlage, H. Mark Stichel and Gohn, Hankey & Stichel, LLP ("Counsel"), counsel of record for Plaintiffs Mr. Paul Abbott and Dr. Elaine Barker, move to withdraw their appearances in this matter and state:

1. On August 28, 2009 Counsel Jan Berlage and Gohn, Hankey & Stichel, LLP filed their appearance on behalf of Plaintiffs.

2. On or about September 21, 2009 Counsel H. Mark Stichel entered his appearance on behalf of Plaintiffs.

3. Prior to entering their appearance, Counsel and Plaintiffs entered into an engagement letter (the "Engagement letter") that governed the payment of fees.

4. Pursuant to ¶ 9 of the Engagement Letter, Plaintiffs were required to make timely payments of all invoices of Counsel.

5. Pursuant to ¶ 10 of the Engagement, Plaintiffs agreed to consent to the withdrawal of Counsel should they not comply with ¶ 9.

6. Under Rule of Professional Conduct 1.16(a)(5) and (6), binding upon members of the Maryland Bar whether they are appearing in state or federal court, an

attorney may ethically withdraw from representation if "the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;" and/or "the representation will result in an unreasonable financial burden on the lawyer…"

7. Local Rule, Civil, 101(2) sets forth the protocols for withdrawal as counsel. In common with the Rules of Professional Conduct 1.16(a)(5), it calls for notice to be provided in advance of seeking permission to withdraw.

8. On August 12, 2010, Counsel sent a letter via email and first-class mail to Plaintiffs, stating that Counsel would withdrawal their appearance. The letter advised Plaintiffs that after the elapse of seven days, Counsel would move to withdraw from representation. The letter provided other information as reflected on the accompanying Certificate.

9. Mr. Abbott and Dr. Barker's last known address is:

> Mr. Paul Abbott
> Dr. Elaine Barker
> 415 N. Kenmore Street
> Arlington, VA 22201

to which a copy of this motion was served.

10. Equity and fairness advocate the granting of this Motion and that Court give its for leave for Counsel to withdraw their appearance in this case.

WHEREFORE, Counsel begs leave to withdraw their appearance. A proposed Order is included herewith.

Respectfully submitted,

/s/ Jan I. Berlage
Jan I. Berlage (23937)
Gohn, Hankey & Stichel, LLP
201 N. Charles Street
Suite 2101
Baltimore, Maryland 21201
(410) 752-9300

Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I HEREBY CERITFY that on this 25th day of August, 2010 a copy of Plaintiffs' Counsels Amended Motion to Withdraw Appearance and proposed Order was served via first class mail, postage pre-paid to:

        John B. Raftery, Esq.
        Eric Pelletier, Esq.
        Offit Kurman, PA
        4800 Montgomery Lane, 9th Floor
        Bethesda, Maryland 20814

        Paul Abbott
        Elaine Barker
        415 N. Kenmore Street
        Arlington, VA 22201

        /s/ Jan I. Berlage
        Jan I. Berlage 23937