IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PAUL ABBOTT, et al.　　　＊

　　　　Plaintiffs　　　　＊

v.　　　　　　　　　　　＊　Case No.: 8:09-cv-00372-DKC

CHERYL R. GORDON, et al.　＊

　　　　Defendants　　　＊

＊　＊　＊　＊　＊　＊　＊　＊　＊　＊　＊　＊

## MOTION FOR LEAVE TO FILE REPLY TO OPPOSITION TO MOTION TO WITHDRAWAL APPEARANCE *EX PARTE* AND UNDER SEAL

Plaintiffs Paul Abbott and Elaine Barker's (collectively, the "Abbotts") current counsel, H. Mark Stichel, Jan I. Berlage and Gohn, Hankey & Stichel, LLP (collectively, the "GHS"), respectfully file this Motion for Leave to File Reply to Objection to Motion to Withdrawal Appearance *ex parte* and under seal, so that only the Abbotts and this Court are privy to the Reply and exhibits attached to it, and state as follows:

1.　On February 17, 2009, Plaintiffs filed their Complaint in the present action against Defendants, alleging, among other things, that Defendants tortiously interfered with their prospective advantage.

2.　On April 6, 2009, Defendants filed a motion to dismiss.

3.　On August 6, 2009, this Court granted, in part and denied in part, Defendants' motion to dismiss.

4.　On August 27, 2009, Defendants filed their answer to Plaintiffs' Complaint.

5.  Discovery in this matter ended on May 17, 2010.

6.  On May 17, 2010, Defendants' filed a Motion for Summary Judgment, which Plaintiffs opposed. Defendants' Motion for Summary Judgment is currently pending before this Court.

7.  On August 23, 2010, GHS filed a Motion to Withdraw Appearance as Plaintiffs' counsel in this case, which was subsequently amended by GHS on August 25, 2010 (the "Motion to Withdraw").

8.  On September 9, 2010, Plaintiffs filed an Objection to GHS's Motion to Withdraw Appearance.

9.  GHS' reply to Plaintiffs' Opposition to Motion to Withdraw Appearance contains information that is not relevant to the underlying merits of this case, but if known to Defendants might provide them with an unfair advantage in this litigation. It is also a concern the dispute between GHS and the Abbotts may bleed either now or in the future into areas of attorney-client privilege. This further advocates GHS's Motion for Leave to File its Reply *Ex Parte* and under seal being granted.

10. Accordingly, GHS respectfully submit that it is in the interest of justice that it be given leave by this Court to file its Reply *ex parte* and under seal.

Respectfully submitted,

/s/ Jan I. Berlage
Jan I. Berlage 23937
H. Mark Stichel
Gohn, Hankey & Stichel, LLP
201 N. Charles, Suite 2101
Baltimore, Maryland 21201
(410) 752-9300

# CERTIFICATE OF SERVICE

I HEREBY CERITFY that on this 23rd day of September, 2010 a copy of the Motion for Leave to File Reply to Objection to Motion to Withdrawal Appearance *Ex Parte* and Under Seal was served via electronically and first class mail, postage pre-paid to:

John B. Raftery, Esq.
Todd Andrew Kelting
Offit Kurman, PA
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814

Paul Abbott
Dr. Elaine Barker
415 N. Kenmore Street
Arlington, VA 22201

/s/ Jan I. Berlage
Jan I. Berlage