**UNITED STATES DISTRICT COURT**
DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**  
CHIEF UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane  
Greenbelt, MD 20770  
(301) 344-0634

March 24, 2011

Paul Abbott  
Elaine Barker  
415 N. Kenmore St.  
Arlington, VA 22201-1725

    Re: *Abbott, et al. v. Gordon, et al.*  
        Civil Action No. DKC 09-0372

Mr. Abbott and Dr. Barker:

    I write in response to your letter dated March 22, 2011, inquiring as to the status of certain motions in the above-captioned matter. Please be advised that those motions were decided by a memorandum opinion and order issued March 7, 2011. On the same date, this case was closed.

    Unfortunately, it appears that copies were not mailed to you, as I had instructed. To ensure that you have a full opportunity to take any further action, I have vacated the March 7 order and reissued an order as of this date, March 24.

    Please find enclosed copies of the memorandum opinion, the original order, and the reissued order. Please accept the court's apology for this oversight.

                             Very truly yours,

                             /s/

                             Deborah K. Chasanow  
                             Chief Judge

cc: John B. Raftery, Esq.  
    (w/o enclosures)