# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PAUL ABBOTT, et al. | * | |
| Plaintiffs | * | |
| v. | * | **Case No.: 8:09-cv-00372-DKC** |
| CHERYL R. GORDON, et al. | * | |
| Defendants | * | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to LR 101.2, Eric Pelletier, John B. Raftery, Todd A. Kelting, and the firm Offit Kurman, P.A., counsel for Cheryl Gordon-Zupancic and John M. Zupancic ("Defendants"), move to withdraw their appearances as counsel in the above-captioned matter, and for reasons state as follows:

1. While this matter was pending in the United States District Court, Eric Pelletier, John B. Raftery, Todd A. Kelting, and the firm Offit Kurman, P.A. entered their appearance in this matter for Defendants, Cheryl Gordon-Zupancic and John M. Zupancic.

2. In compliance with LR 101.2, on March 9, 2011, the undersigned counsel sent a letter to Cheryl Gordon-Zupancic and John M. Zupancic stating their intention to file a motion to strike their appearance in this matter.

3. The letter of March 9, 2011 states undersigned counsels' intention to strike their appearances as its attorneys of record in this action and advises the Zupancic Defendants to have another attorney enter their appearance on their behalf or to notify the clerk in writing that they wish to proceed *pro se*.

4. Counsel has provided the Defendants with at least seven (7) days prior notice of their intention to withdraw their appearance.

5. Striking counsel's appearance in this matter would not cause undue delay, prejudice or injustice because this case has been closed.

6. Matters have arisen between counsel and these Defendants which make it impossible to continue this representation.

7. The interests of the Defendants and the movants would best be served if this motion is granted.

WHEREFORE, Eric J. Pelletier, John B. Raftery, Todd A. Kelting, and the firm Offit Kurman, P.A. request leave to withdraw their appearance on behalf of Cheryl Gordon-Zupancic and John M. Zupancic.

OFFIT, KURMAN, P.A.

/s/ John B. Raftery
John B. Raftery, Fed. Bar No. 05933

/s/ Eric Pelletier
Eric Pelletier, Fed. Bar No. 12716

/s/ Todd A. Kelting
Todd A. Kelting, Fed. Bar No. 15703
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814
(240) 507-1700

## RULE 101.2 CERTIFICATION

I, John B. Raftery, certify that on March 9, 2011, I sent a letter to Cheryl Gordon-Zupancic and John M. Zupancic indicating that all lawyers from my firm who had previously entered their appearance on behalf of the Defendants (*i.e.,* Eric J. Pelletier, John B. Raftery, and Todd A. Kelting) would file a motion with the Court Seeking to Strike their appearance for Cheryl Gordon-Zupancic and John M. Zupancic and that the Zupancics should either retain new counsel to enter their appearance in this case or advise the clerk that they wish to proceed *pro se*.

/s/ John B. Raftery
John B. Raftery

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2011, a copy of the foregoing Motion to Withdraw Appearance was served via first class mail, postage prepaid upon:

Paul Abbott (PRO SE)
Elaine Barker (PRO SE)
415 N. Kenmore Street
Arlington, Virginia 22201

John and Cheryl Gordon-Zupancic
1206 Lamont Street, N.W.
Washington, DC 20010

                                                  /s/ John B. Raftery
                                                  John B. Raftery